THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **HYPERQUERY LLC,**<br><br>            **Plaintiff,**<br><br>     v.<br><br>**ROKU, INC.,**<br><br>            **Defendant.** | CIVIL ACTION<br><br>No. 6:24-cv-399-OLG |

### AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Roku, Inc. (Roku) has requested, and Plaintiff HyperQuery LLC (HyperQuery) has consented to, a 45-day extension of the deadline for Roku to move, answer, or otherwise respond to HyperQuery's Complaint. HyperQuery filed the Complaint on July 31, 2024 and served Roku on August 7, 2024.

Accordingly, counsel for Roku respectfully submits this unopposed Motion asking the Court to extend the deadline for Roku to move, answer or otherwise respond to HyperQuery's Complaint to October 14, 2024.

This 23 day of August, 2024.

/s/David N. Deaconson
David N. Deaconson
Bar Card No.: 05673400
deaconson@pakislaw.com
(254) 379-9720
(254) 297-7301 *Facsimile*
PAKIS, GIOTES, BURLESON & DEACONSON, P.C.
400 Austin Ave., Suite 400
Waco, TX 76701

Local Counsel for Defendants

Alexander Hadjis
Bar Card No.: 38102
(*Pro Hac Vice* to be filed)
DAVIS WRIGHT TERMAINE, LLP
1301 K. Street, NW, Suite 500 East
Washington D.C., 2005
alexanderhadjis@dwt.com

Jake Freed
Bar Card No.: 261518
(*Pro Hac Vice* to be filed)
DAVID WRIGHT TERMAINE, LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
jakefreed@dwt.com

Macaulay Ivory
Bar Card No.: 75858
(*Pro Hac Vice* to be filed)
DAVID WRIGHT TERMAINE, LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
206-622-3150
macaulayivory@dwt.com

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for HyperQuery and counsel for Roku have conferred in a good-faith attempt to resolve this matter by agreement. HyperQuery indicated on August 22, 2024 that Plaintiff is unopposed to the relief requested in this motion.

*/s/ David N. Deaconson*
David N. Deaconson

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon all counsel of record on that date indicated above, via the Court's CM/ECF system.  In addition, a copy of the foregoing was served via email upon counsel for HyperQuery.

                                                 */s/ David N. Deaconson*
                                                 David N. Deaconson